UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re
Mack and Maria Bohanner

Debtor (s)

Case No: SA17-11327-CB

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

It appears that a check made payable to Mack and Maria Bohanner totaling $4,589.50, was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on February 12, 2019 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimants, Mack and Maria Bohanner, sold their claim to Dilks & Knopik, LLC. Dilks & Knopik, LLC now claims the above monies in a motion filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,589.50 to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

_____
Honorable Catherine Bauer

6/14/19
Date